No. 03–10719. MARTINEZ-CORTEZ v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–10720. LYTLE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–10722. LEWIS v. DISTRICT OF COLUMBIA LOTTERY AND CHARITABLE GAMES BOARD. Ct. App. D. C. Certiorari denied.

No. 03–10723. HONG MAI v. NEW YORK STATE DEPARTMENT OF WELFARE ET AL. C. A. 2d Cir. Certiorari denied.

No. 03–10724. MCBEE v. DAVENPORT ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–10725. MURPHY v. DEPARTMENT OF THE NAVY. C. A. Fed. Cir. Certiorari denied.

No. 03–10728. TUPPER v. TUPPER. Ct. App. Ariz. Certiorari denied.

No. 03–10729. THOMAS v. ROCHE, SECRETARY OF THE AIR FORCE. C. A. 9th Cir. Certiorari denied.

No. 03–10731. PELHAM v. WOODFORD, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 03–10732. THOMAS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–10733. BODDIE v. GOORD, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES, ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 03–10734. MARQUEZ-MUNOZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–10735. COLDREN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.